United States Bankruptcy Court
Eastern District of Virginia
Newport News Division

| | |
|---|---|
| In RE:<br>HENRY JOHNSON<br>    Debtor | BCN#: 15-50928/FJS<br>Chapter: 13 |
| Nationstar Mortgage LLC<br>    Movant/Secured Creditor,<br>v.<br>HENRY JOHNSON<br>    Debtor<br>and<br>Michael P. Cotter<br>    Trustee<br>        Respondents | Order Withdrawing Motion |

Upon review of the above-captioned motion for relief from stay; and WHEREAS, the Movant wishes to withdraw said motion,

IT IS ORDERED that the above Motion for Relief from Stay be withdrawn and removed from this Court's docket.

By the Court:

Jul 5 2017

/s/ Frank J. Santoro
United States Bankruptcy Judge

Notice of Judgment or
Order Entered on Docket: 7/5/17

Lindsey C. Kelly, Esquire, VSB #71314
Gregory N. Britto, Esquire, VSB #23476
Daniel Eisenhauer, Esquire, VSB #85242
William M. Savage, Esquire, VSB #06335
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(757) 687-8777  15-254607

I ASK FOR THIS:

/s/ MALCOLM B. SAVAGE, III

_____
LINDSEY C. KELLY, ESQUIRE
GREGORY N. BRITTO, ESQUIRE
DANIEL EISENHAUER, ESQUIRE
MALCOLM B. SAVAGE, III, ESQUIRE
WILLIAM M. SAVAGE, ESQUIRE

Seen:

/s/ Barry W. Spear

_____
Barry W. Spear, Debtor(s) Attorney


SEEN:


/s/Warren A. Uthe, Jr. for

_____
Michael P. Cotter, Trustee


I certify that I have served the proposed Order Withdrawing Motion upon all necessary parties to the action by first class mail, postage prepaid, on the 3rd day of July, 2017.

/s/ MALCOLM B. SAVAGE, III

_____
LINDSEY C. KELLY, ESQUIRE
GREGORY N. BRITTO, ESQUIRE
DANIEL EISENHAUER, ESQUIRE
MALCOLM B. SAVAGE, III, ESQUIRE
WILLIAM M. SAVAGE, ESQUIRE


Copies of this Order Withdrawing Motion are to be sent to:

Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320

Angela M. Haen
Boleman Law Firm
Convergence Center III

272 Bendix Road, Suite 330
Virginia Beach, VA 23452

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Henry Hugh Johnson
131 Hedgerow Lane
Yorktown, VA 23693

## **CERTIFICATION**

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.


    /s/ MALCOLM B. SAVAGE, III

_____
Lindsey C. Kelly, Esquire
Gregory N. Britto, Esquire
Daniel Eisenhauer, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Attorney for Movant


15-254607